| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) COHN, AVERN L. | 2. Court or Organization U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report 04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 A 10: 09 FINANCIAL DISCLOSURE OFFICE

Cohn_Avern_L

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BRISTOL MYERS SQUIBB | B | Dividend | | | Sold | 3/24 | L | E | |
| 2.  INTEL CORP | D | Dividend | M | T | | | | | |
| 3.  PROCTER & GAMBLE (FORMERLY GILLETTE) | C | Dividend | M | T | | | | | |
| 4.  ROYAL DUTCH PETROLEUM | D | Dividend | M | T | | | | | |
| 5.  SCHLUMBERGER, LTD. | C | Dividend | M | T | Donated (part) | | | | |
| 6.  SIGMA ALDRICH CORP. | B | Dividend | M | T | Donated (part) | | | | |
| 7.  KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 8.  WALT DISNEY CO. | B | Dividend | L | T | | | | | |
| 9.  QUALCOMM INC | B | Dividend | M | T | | | | | |
| 10.  GE | B | Dividend | K | T | | | | | |
| 11.  AMERICAN EXPRESS CORP | A | Dividend | | | Sold | 3/24 | K | E | |
| 12.  ORACLE CORP | | None | L | T | | | | | |
| 13.  TIME WARNER INC | A | Dividend | L | T | | | | | |
| 14.  BOEING | C | Dividend | L | T | | | | | |
| 15.  ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 16.  RAYTHEON NEW | B | Dividend | M | T | | | | | |
| 17.  JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EMC CORP MA | | None | L | T | | | | | |
| 19. PEPSICO | B | Dividend | L | T | | | | | |
| 20. LOCKHEED MARTIN | B | Dividend | L | T | | | | | |
| 21. GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 22. JPMORGAN HIGH YIELD BOND FUND | E | Dividend | M | T | | | | | |
| 23. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | D | Dividend | M | T | Sold (part) | 11/21 | L | A | |
| 24. ISHARES TR MSCI EAFE INX FD | D | Dividend | N | T | Sold (part) | 11/21 | N | A | |
| 25. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | M | T | | | | | |
| 26. ISHARES S&P MIDCAP 400/BARRA GR IDX | C | Dividend | N | T | | | | | |
| 27. BAXTER INTL | C | Dividend | M | T | | | | | |
| 28. BAXTER INTL CORP UNIT 7% | | None | | | Sold | 3/24 | L | A | |
| 29. MICROSOFT CORP | B | Dividend | L | T | | | | | |
| 30. WACHOVIA CORP | A | Dividend | | | Sold | 3/24 | L | A | |
| 31. CUMMINS INC | A | Dividend | K | T | | | | | |
| 32. EMCOR GROUP INC. | | None | K | T | | | | | |
| 33. PRAXAIR INC | B | Dividend | L | T | | | | | |
| 34. YAHOO INC | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES TR MSCI EMERGING MKTS INDX FUND | D | Dividend | N | T | | | | | |
| 36. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | M | T | Sold (part) | 11/21 | M | A | |
| 37. CHUBB CORP | B | Dividend | L | T | | | | | |
| 38. VERIZON COMMUNICATIONS | C | Dividend | L | T | | | | | |
| 39. IBM | B | Dividend | L | T | | | | | |
| 40. WELLPOINT INC | | None | | | Sold | 3/24 | K | A | |
| 41. ISHARES MSCI EX-JAPAN INDEX FD | A | Dividend | M | T | | | | | |
| 42. DODGE & COX INTL FUND | D | Dividend | N | T | Buy (add'l) | 11/21 | M | | |
| 43. DODGE & COX INTL FUND | | None | | | Sold (part) | 3/24 | M | A | |
| 44. JP MORGAN TAX AWARE REAL RET FD | D | Dividend | M | T | | | | | |
| 45. ISHARES TR RUSSELL 1000 GROWTH INDX FD | B | Dividend | M | T | Sold (part) | 11/21 | L | A | |
| 46. ISHARES TR RUSSELL 1000 VALUE INDEX FD | A | Dividend | M | T | Buy | 11/21 | M | | |
| 47. T ROWE PRICE INTL FD | B | Dividend | | | Sold | 11/21 | M | A | |
| 48. HARBOR INTL FD | D | Dividend | N | T | Buy (add'l) | 11/21 | M | | |
| 49. JPMORGAN US LARGE CAP CORE SEL | C | Dividend | N | T | | | | | |
| 50. JPMORGAN INTREPID EUROPEAN FUND | D | Dividend | M | T | | | | | |
| 51. JPMORGAN MI MUN MONEY MKT FUND | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BELLEVILLE NORTH VENTURE-BELLE VILLE, MI | | None | M | U | | | | | |
| 53. HUNTINGTON GARDEN APTS.OAK PARK, MI | E | Rent | L | U | | | | | |
| 54. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 55. HUNTINGTON GARDEN APTS. | F | Distribution | | | | | | | |
| 56. LANCASTER HILLS APTS. CO. | A | Interest | M | · U | | | | | |
| 57. LANCASTER HILLS APTS. CO.-SOUT HFIELD, MI | G | Rent | | | | | | | |
| 58. LANCASTER HILLS APTS. CO. | G | Distribution | | | | | | | |
| 59. LONG LAKE-TELEGRAPH RD-BLMFLD HILLS, MI | A | Interest | | | Sold | 2008 | M | G | |
| 60. LONG LAKE-TELEGRAPH RD. | G | Distribution | | | | | | | |
| 61. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 62. BLOOMFIELD VILLAGE SQUARE | B | Dividend | J | U | | | | | |
| 63. BLOOMFIELD VILLAGE SQUARE-MI | F | Rent | | | | | | | |
| 64. BLOOMFIELD VILLAGE SQUARE | F | Distribution | | | | | | | |
| 65. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 66. FERRIS PARK TOWERS | B | Interest | | | | | | | |
| 67. FERRIS PARK TOWERS | E | Distribution | | | | | | | |
| 68. BELLEVILLE NORTH MARSH VENT URE-BELLEVILLE, MI | A | Rent | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 70. DIXIE PROPERTIES-WATERFORD, MI | F | Rent | | | | | | | |
| 71. DIXIE PROPERTIES | E | Distribution | | | | | | | |
| 72. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | | | | | | | |
| 73. BLOOMFIELD PLAZA, LLC | D | Int | M | U | | | | | |
| 74. BLOOMFIELD PLAZA, LLC | G | Distribution | | | | | | | |
| 75. GGP LIMITED PARTNERSHIP-MULTI STATE | G | Rent | O | U | | | | | |
| 76. GGP LIMITED PARTNERSHIP | E | Interest | | | | | | | |
| 77. GGP LIMITED PARTNERSHIP | G | Dividend | | | | | | | |
| 78. GGP LIMITED PARTNERSHIP | G | Distribution | | | | | | | |
| 79. EATON NURSERY SALES-MI | E | Rent | K | U | | | | | |
| 80. EATON NURSERY SALES | E | Distribution | | | | | | | |
| 81. WOODFORD APT. HOTEL CO.-MI | B | Rent | K | U | | | | | |
| 82. WOODFORD APT. HOTEL CO. | D | Distribution | | | | | | | |
| 83. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | M | U | | | | | |
| 84. NORTH HILL CENTER, LLC | C | Dividend | | | | | | | |
| 85. NORTH HILL CENTER, LLC. | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | B | Interest | J | U | | | | | |
| 87. BLOOMFIELD PLAZA II LLC-MI | E | Rent | | | | | | | |
| 88. BLOOMFIELD PLAZA II LLC | E | Distribution | | | | | | | |
| 89. YPSILANTI, MI BOND | D | Interest | M | T | | | | | |
| 90. TECUMSEH, MI SCHOOLS | C | Interest | | | Matured | 5/1 | M | A | |
| 91. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 92. HURON MI SCHOOLS BOND | C | Interest | | | Sold | 8/8 | N | D | |
| 93. DAVISON MI BOND | C | Interest | | | Matured | 5/1 | M | A | |
| 94. MONA SHORES, MI BOND | C | Interest | | | Matured | 5/1 | M | A | |
| 95. ROYAL OAK, MI BOND | C | Interest | | | Sold | 8/8 | N | C | |
| 96. MICHIGAN MUN BOND AUTH | D | Interest | N | T | | | | | |
| 97. GENESEEE COUNTY MI BOND | D | Interest | N | T | | | | | |
| 98. KING COUNTY WA BOND | D | Interest | M | T | | | | | |
| 99. SAN ANTONIO TX BOND | D | Interest | M | T | | | | | |
| 100. INDIANA STATE FIN AUTH BOND | D | Interest | M | T | | | | | |
| 101. REGIONAL TRANS DIST CO BOND | D | Interest | M | T | | | | | |
| 102. ANCHORAGE ALASKA BOND | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  RUTHERFORD CNTY TN BOND | D | Interest | M | T | Buy | 4/1 | M | | |
| 104.  KING&SNOHOMISH CNTY WA BOND | D | Interest | M | T | Buy | 4/1 | M | | |
| 105.  ILLINOIS STATE BOND | D | Interest | M | T | Buy | 5/12 | M | | |
| 106.  UTAH STATE BOND | D | Interest | M | T | Buy | 5/20 | M | | |
| 107.  OLATHE KANSAS BOND | D | Interest | M | T | Buy | 5/8 | M | | |
| 108.  WEST CLARK BOND | D | Interest | M | T | | | | | |
| 109.  OHIO STATE BOND | D | Interest | M | T | Buy | 5/27 | M | | |
| 110.  CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 111.  ▓▓▓▓ HOLDINGS: | | None | | | | | | | |
| 112.  SSGA TAX-FREE MM FUND | A | Dividend | | | Sold | 3/4 | K | A | |
| 113.  EXXON/MOBIL CORP | A | Dividend | K | T | Sold (part) | 1/22 | J | C | |
| 114.  GE | B | Dividend | K | T | Sold (part) | 7/3 | J | D | |
| 115.  INTEL CORP | A | Div | | | Sold | 3/6 | L | E | |
| 116.  SCHERING PLOUGH | A | Div | J | T | Sold (part) | 3/4 | J | A | |
| 117.  PFIZER | B | Dividend | J | T | | | | | |
| 118.  PROCTER & GAMBLE | A | Dividend | K | T | Sold (part) | 4/15 | K | D | |
| 119.  CATERPILLAR | A | Dividend | J | T | Sold (part) | 1/22 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FEDEX | A | Dividend | J | T | Sold (part) | 1/22 | J | C | |
| 121. AMERICAN EXPRESS CO | A | Dividend | J | T | Sold (part) | 1/11 | J | A | |
| 122. APPLE COMPUTER | | None | K | T | Sold (part) | 2/29 | J | D | |
| 123. COCA COLA | A | Dividend | | | Sold | 4/15 | K | D | |
| 124. COSTCO WHOLESALE | A | Dividend | J | T | Sold (part) | 4/15 | K | D | |
| 125. GENENTECH INC | | None | J | T | Sold (part) | 1/22 | J | B | |
| 126. GOOGLE INC-CL A | | None | J | T | Sold (part) | 3/4 | K | B | |
| 127. OSKOSH TRUCK CORP CL B | A | Dividend | J | T | Sold (part) | 3/4 | K | D | |
| 128. BELLSOUTH CORP | A | Dividend | | | Sold | 4/15 | J | A | |
| 129. BURLINGTON NO SANTA FE | A | Dividend | J | T | Sold (part) | 7/11 | K | B | |
| 130. CAMECO CORP | A | Dividend | | | Sold | 3/4 | J | A | |
| 131. CONEXANT SYSTEMS | | None | | | Sold | 3/4 | J | A | |
| 132. DEVON ENERGY | A | Dividend | | | Sold | 6/27 | K | B | |
| 133. INCO LTD | | None | | | Sold | 3/4 | J | A | |
| 134. MARATHON OIL | A | Dividend | | | Sold | 7/8 | K | A | |
| 135. NESTLE | A | Dividend | K | T | Sold (part) | 1/7 | K | C | |
| 136. ROCKWELL AUTOMTION | A | Dividend | | | Sold | 3/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SSGA US GOV M/M FUND | C | Dividend | L | T | | | | | |
| 138. MCDONALDS CORP | A | Dividend | K | T | Sold (part) | 1/22 | K | C | |
| 139. MCCLATCHY CO. | A | Dividend | | | Sold | 3/4 | J | A | |
| 140. RESEARCH IN MOTION | A | Dividend | | | Sold | 2/7 | K | D | |
| 141. MONSANTO | A | Dividend | J | T | Sold (part) | 10/2 | K | D | |
| 142. GILEAD SCIENCE | A | Dividend | K | T | Sold (part) | 7/18 | J | C | |
| 143. DIAGEO PLC | A | Dividend | | | Sold | 6/26 | K | A | |
| 144. AMAZON.COM | A | Dividend | K | T | Sold (part) | 1/17 | K | A | |
| 145. MARATHON | A | Dividend | | | Sold | 3/4 | K | A | |
| 146. SCHLUMBERGER | A | Dividend | J | T | Sold (part) | 12/29 | J | A | |
| 147. ABBOTT LABS | A | Dividend | J | T | Sold (part) | 4/15 | J | A | |
| 148. BERKSHIRE HATHAWAY | A | Distribution | | | Sold | 6/26 | K | C | |
| 149. BECTON DICKINSON | A | Dividend | | | Sold | 9/12 | J | A | |
| 150. STRYKER CORP | A | Dividend | | | Sold | 4/15 | K | A | |
| 151. BOMBARDIER INC | A | Dividend | | | Sold | 3/4 | K | C | |
| 152. DEERE & CO. | A | Dividend | J | T | Buy (add'l) | 3/5 | N | | |
| 153. DEERE & CO. | | None | | | Sold (part) | 3/5 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. HARRIS CORP | A | Dividend | | | Sold | 1/22 | J | A | |
| 155. NUCOR CORP | A | Dividend | | | Sold | 9/15 | K | A | |
| 156. POTASH CORP | A | Dividend | | | Sold | 4/15 | K | E | |
| 157. VODAFONE GRP | A | Dividend | J | T | Sold (part) | 7/17 | K | A | |
| 158. HOLOGIC INC | A | Dividend | | | Sold | 3/10 | J | A | |
| 159. VCA ANNTECH | A | Dividend | | | Sold | 1/22 | J | A | |
| 160. NEWS CORP | A | Dividend | J | T | Buy | 3/4 | J | | |
| 161. SHERWIN WILLIAMS | A | Dividend | J | T | Buy | 3/4 | J | | |
| 162. TARGET CORP | A | Dividend | J | T | Buy | 4/15 | J | | |
| 163. WALT DISNEY | A | Dividend | J | T | Buy | 4/15 | J | | |
| 164. KELLOGG CORP | A | Dividend | J | T | Buy | 4/15 | J | | |
| 165. RAILCORP HOLDINGS | A | Dividend | J | T | Buy | 3/4 | J | | |
| 166. ANDARKO PETROLEUM | A | Dividend | J | T | Buy | 3/4 | J | | |
| 167. PEABODY ENERGY | A | Dividend | J | T | Buy | 1/22/ | J | | |
| 168. WELLS FARGO | A | Dividend | J | T | Buy | 1/22 | J | | |
| 169. TEVA PHARMACEUTICALS | A | Dividend | J | T | Buy | 1/22 | J | | |
| 170. 3M | A | Dividend | J | T | Buy | 3/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BOEING | A | Dividend | J | T | Buy | 3/4 | J | | |
| 172. JACOBS ENGINEERING | A | Dividend | J | T | Buy | 3/4 | J | | |
| 173. UNITED TECHNOLOGIES | A | Dividend | J | T | Buy | 3/4 | J | | |
| 174. IBM | A | Dividend | J | T | Buy | 3/4 | J | | |
| 175. AIR PROD & CHEMICALS | A | Dividend | J | T | Buy | 3/4 | J | | |
| 176. ADOBE SYSTEMS | A | Dividend | J | T | Buy | 3/4 | J | | |
| 177. BHP BILLITON LTD | A | Dividend | J | T | Buy | 3/4 | J | | |
| 178. DOW CHEMICAL | A | Dividend | J | T | Buy | 3/4 | J | | |
| 179. WEYERHAUSER CORP | A | Dividend | J | T | Buy | 3/4 | J | | |
| 180. PERRIGO INC. | A | Dividend | J | T | Buy | 3/4 | J | | |
| 181. HONEYWELL INC BOND | B | Interest | M | T | Buy | 3/5 | M | | |
| 182. TARGET CORP BOND | | None | M | T | Buy | 10/2 | M | | |
| 183. GENERAL DYNAMICS BOND | A | Interest | L | T | Buy | 6/26 | L | | |
| 184. EI DUPONT BOND | | None | M | T | Buy | 10/2 | M | | |
| 185. WALGREEN CO BOND | | None | M | T | Buy | 10/2 | M | | |
| 186. GE BOND | A | Interest | M | T | Buy | 9/12 | M | | |
| 187. BP PLC BOND | | None | M | T | Buy | 11/5 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. JOHN DEERE CAP CORP BOND | B | Interest | | | Buy | 8/28 | M | | |
| 189. JOHN DEERE CAP CORP BOND | | None | | | Sold | 11/5 | M | A | |
| 190. CONNECTICUT ST | D | Interest | | | Matured | 11/15 | L | A | |
| 191. PA STATE GO | C | Interest | | | Matured | 7/1 | L | A | |
| 192. PA STATE GO | D | Interest | | | Matured | 7/1 | M | A | |
| 193. OHIO STATE GO ULT | D | Interest | | | Matured | 8/1 | M | A | |
| 194. FL ST BD OF ED | A | Interest | | | Sold | 1/28 | M | A | |
| 195. NORTH CAROLINA GO | B | Interest | L | T | | | | | |
| 196. MI STATE GO | D | Interest | | | Matured | 12/1 | M | A | |
| 197. NORTH CAROLINA STATE BOND | D | Interest | M | T | | | | | |
| 198. GEORGIA STATE BOND | D | Interest | M | T | | | | | |
| 199. PA STATE BOND | D | Interest | M | T | | | | | |
| 200. UTAH STATE BOND | A | Interest | | | Sold | 1/28 | L | A | |
| 201. GA STATE BOND | A | Interest | | | Sold | 1/28 | M | A | |
| 202. ILL STATE BOND | C | Interest | | | Matured | 12/1 | M | A | |
| 203. MI STATE GO BOND | C | Interest | | | Matured | 11/1 | M | A | |
| 204. SOUTH CAROLINA STATE BOND | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. MAINE STATE BOND | B | Interest | L | T | | | | | |
| 206. DELAWARE STATE BOND | B | Interest | L | T | | | | | |
| 207. SOUTH CAROLINA STATE BOND | C | Interest | M | T | | | | | |
| 208. TENESSEEE STATE BOND | D | Interest | M | T | | | | | |
| 209. NORTH CAROLINA STATE BOND | C | Interest | L | T | | | | | |
| 210. VIRGINIA STATE BOND | D | Interest | M | T | | | | | |
| 211. TENESSEE STATE BOND | C | Interest | M | T | | | | | |
| 212. UTAH STATE BOND | B | Interest | | | Matured | 7/1 | L | A | |
| 213. US TREASURY BILLS | A | Interest | M | T | | | | | |
| 214. US TREASURY NOTES | D | Interest | K | T | Buy (add'l) | 6/27 | O | | |
| 215. US TREASURY NOTES | | None | | | Sold (part) | 11/15 | N | A | |
| 216. FHLB DISCOUNT NOTE | A | Interest | | | Sold | 2/29 | K | A | |
| 217. FFCB DISCOUNT NOTES | C | Interest | | | Sold | 2/29 | P1 | A | |
| 218. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 219. ARTSPACE, INC | D | Dividend | | | | | | | |
| 220. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 221. WASHTENAW CO.-MI | C | Rent | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 223.  MERCURY PAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 224.  CG&A CENTRAL MALL | B | Distribution | K | U | | | | | |
| 225.  CG&a CENTRAL MALL | A | Interest | | | | | | | |
| 226.  LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 227.  LPC ENTERPRISES | | None | J | U | | | | | |
| 228.  206 E BROWN ST ASSOC-MI | A | Rent | | | | | | | |
| 229.  260 E BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 230.  TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 231.  CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 232.  CG&A CROSSROADS CENTER LLP | A | Distribution | | | | | | | |
| 233.  PACIFIC FUND LP | A | Dividend | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

AVERN COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544